## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**ORDER**

**This Document Relates to:**

*Jeannie Jones v.*                              No. 3:11-cv-12577-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal with prejudice filed in this Court on April 6, 2012, plaintiff's complaint is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                **NANCY J. ROSENSTENGEL,**
                                **CLERK OF COURT**

                                **BY:**   **/s/Sandy Pannier**
                                     **Deputy Clerk**

**DATED: April 10, 2012**

Digitally signed by
David R. Herndon
Date: 2012.04.10
10:07:43 -05'00'

**APPROVED:**
                     **CHIEF JUDGE**
                     **U. S. DISTRICT COURT**