UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER |

This Document Relates to:

*Jeannie Jones v.*  No. 3:11-cv-12577-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal with prejudice filed in this Court on April 6, 2012, plaintiff's complaint is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sandy Pannier*
Deputy Clerk

DATED: April 10, 2012

Digitally signed by David R. Herndon
Date: 2012.04.10 10:07:43 -05'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT